

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2015

No. 04-14-00181-CR

Michael A. **RIVAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

The State's brief was due December 31, 2014, but was not filed. On January 2, 2015, the State filed a motion to extend time to file its brief, asking for an extension of ninety days. We **GRANT** the State's motion and **ORDER** the State to file its brief in this court on or before **March 31, 2015**. The State is advised that **NO FURTHER EXTENSION OF TIME TO FILE THE BRIEF WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORINDARY CIRCUMSTANCES**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court